# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0692

_____

FLORIDA CENTER FOR
GOVERNMENT ACCOUNTABILITY,
INC.,

    Appellant,

    v.

FLORIDA DEPARTMENT OF
TRANSPORTATION, et al.,

    Appellees.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

May 31, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andrea Flynn Mogensen of Law Office of Andrea Flynn Mogensen, P.A., Sarasota; Matthew Farmer of Farmer & Fitzgerald, P.A., Tampa, for Appellant.

Rebekah Davis, General Counsel, and Marc Peoples, Assistant General Counsel, Florida Department of Transportation, Tallahassee, for Appellee Florida Department of Transportation; Edward P. Fleming and Lindsey L. Miller-Hailey of McDonald Fleming, Pensacola, for Appellee Vertol Systems Company, Inc.